# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DANIEL A. ROCHA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0871

_____

August 7, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Thomas W. Krug, Judge.

Daniel A. Rocha, pro se.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.